# EXHIBIT A

**Defendant:** New HoldCo
**Creditor ID:** NH005
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $175,000.00 | 8/12/2024 | 2 | 8/1/2024 | $175,000.00 |
| | | $177,120.99 | 9/4/2024 | 3 | 9/4/2024 | $177,120.99 |
| | | $176,504.60 | 10/2/2024 | 4 | 10/2/2024 | $176,504.60 |
| | | $179,584.20 | 10/26/2024 | 5 | 10/21/2024 | $179,584.20 |
| **Total Transfers** | **4** | **$708,209.79** | | | | **$708,209.79** |